UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Alberto De La Torre Quiles</u>

    v.                                    Case No. 14-cv-545-PB

<u>New Hampshire Police Department,</u>
<u>Detective Unit</u>

**REPORT AND RECOMMENDATION**

    Alberto De La Torre Quiles filed a complaint (doc. no. 1) and complaint addendum (doc. no. 2), alleging that the defendant violated his civil rights. The matter is before this court for preliminary review pursuant to 28 U.S.C. § 1915(e)(2) and LR 4.3(d)(2).

    On May 14, 2015, the court issued an Order (doc. no. 7) finding that De La Torre Quiles's complaint did not state any claim upon which relief might be granted, and directing plaintiff to file a motion to amend his complaint by June 22, 2015, "demonstrating why his complaint should not be denied as untimely filed, and naming defendants to this action." Plaintiff has not filed anything since that Order was issued. Accordingly, for the reasons set forth in the May 14, 2015, Order (doc. no. 7) the court recommends that this action be dismissed in its entirety.

    Any objections to this Report and Recommendation must be

filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the District Court's order. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010).

                                                    _____
                                                    Andrea K. Johnstone
                                                    United States Magistrate Judge

July 22, 2015

cc:   Alberto De La Torre Quiles, pro se